FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF    CV 08 80194 MISC

ORDER TO SHOW CAUSE

Gerald Ruch Barrick - #29772

_____/

It appearing that Gerald Ruch Barrick has been enrolled as an inactive member of the State Bar of California due to Rule 9.21 of the California Rules of Court and that pursuant to this provision, he may not practice law in the State of California effective July 17, 2008,

**IT IS SO ORDERED**

That respondent show cause in writing on or before November 12, 2008 as to why he should not be suspended from practice before this court, pending further notice from the State Bar of California, that his status has been activated.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:
Gerald Ruch Barrick
Attorney At Law
1716 Baker Street
San Francisco, CA 94115