**FILED**

NOV 24 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV-08-80194 MISC VRW

Gerald Ruch Barrick,
                                     ORDER
    State Bar No 29772
_____/

On October 9, 20008, the court issued an order to show cause (OSC) why Gerald Ruch Barrick should not be removed from the roll of attorneys authorized to practice law before this court, based on his resignation from the State Bar, effective July 17, 2008, with disciplinary charges pending. The OSC was mailed to Mr Barrick's address of record with the State Bar. Mr Barrick has filed no response to the OSC.

The court now orders Gerald Ruch Barrick removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

Gerald Ruch Barrick,

_____/

Case Number: C 08-80194 MISC VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gerald Ruch Barrick
1716 Baker Street
San Francisco, CA 94115

**November 24, 2008**

Richard W. Wieking, Clerk

By: *Cora Klein*

**Deputy Clerk**