**FILED**

NOV 24 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF: | No CV 08-80195 MISC VRW |
| John Edward Grasberger, | ORDER |
| State Bar No 89774 | |

On October 9, 2008, the court issued an order to show cause (OSC) why John Edward Grasberger should not be removed from the roll of attorneys authorized to practice law before this court based on his suspension by the California State Bar following a criminal conviction, effective September 19, 2008. The OSC was mailed to the address of record for Mr Grasberger. Mr Grasberger has filed no response to the OSC.

The court now orders John Edward Grasberger removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


In the Matter of:

John Edward Grasberger,

_____/

Case Number: C 08-80195 MISC VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Edward Grasberger
9981 Halo Circle
La Mesa, CA 91941


**November 24, 2008**


Richard W. Wieking, Clerk
By: *Cara Klein*
**Deputy Clerk**